**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHARLES JESSE SANCHEZ, JR.,**<br><br>Defendant. | **CR 24-30-BLG-KSL**<br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 119) of the property identified below.

Defendant Charles Jesse Sanchez, Jr., has been adjudged guilty of Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. As such, Defendant's guilty plea and Plea Agreement (Docs. 97, 103) and the Offer of Proof (Doc. 99) establish a factual basis and cause to issue a preliminary order of forfeiture pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11).

Accordingly, IT IS ORDERED that the Motion for Preliminary Order of Forfeiture (Doc. 119) is **GRANTED**.

1.    IT IS FURTHER ORDERED that Defendant Charles Sanchez, Jr.'s interest in the following property is forfeited under 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11):

- $2,000.00 in United States currency.

IT IS FURTHER ORDERED that the Drug Enforcement Administration, or a designated sub-custodian, are directed to seize and/or maintain custody of this property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that, upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 7th day of August, 2026.

KATHLEEN S. LANE
United States District Judge

2