**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CHARLES JESSE SANCHEZ, JR. and VALENNA JO SANCHEZ,**<br><br>**Defendants.** | **CR 24-30-BLG-KSL**<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 124) pursuant to Fed. R. Crim. P. 32.2(c). Having reviewed the Motion, the Court FINDS:

1. The United States commenced forfeiture in this action pursuant to 21 U.S.C. § 853(a)(1)-(2) for violations of 21 U.S.C. § 841(a)(1), to which Defendants Charles Jesse Sanchez, Jr. and Valenna Jo Sanchez pled guilty.

2. Defendants entered Plea Agreements (Docs. 65, 97) in which they pled guilty to Possession with Intent to Distribute Methamphetamine, and agreed to forfeit their interest in any proceeds of and/or facilitating property for such violation.

3. The Court granted Preliminary Orders of Forfeiture (Docs. 72, 122) on February 10, 2026 and August 7, 2026 that forfeited Defendants' interest in the identified property.

4. As required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice (Doc. 82) of the Preliminary Orders of Forfeiture. No claims have been made to the forfeitable property, and the time for doing so has expired.

5. There appears to be cause to issue a final order of forfeiture under Fed. R. Crim. P. 32.2(c).

It is therefore ORDERED that:

1. The United States' Unopposed Motion for Final Order of Forfeiture (Doc. 124) is **GRANTED**.

2. The following property is finally forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1)-(2), free from the claims of any other party:

- $2,000.00 in United States currency.

3. The United States has full and legal title to this forfeited property and may dispose of it in accordance with governing law.

DATED this 21st day of September, 2026.

KATHLEEN S. LANE
United States District Judge